UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PORFIRIO ALONZO IZAGUIRRE,

   Petitioner,

v.           Case No.:  2:26-cv-00602-SPC-NPM

DAVID HARDIN *et al.*,

   Respondents,

                /

## OPINION AND ORDER

Before the Court are Porfirio Alonzo Izaguirre's Petition for Writ of Habeas Corpus (Doc. 1), the government's response (Doc. 7), and Alonzo Izaguirre's reply (Doc. 8).

Alonzo Izaguirre is a noncitizen in immigration detention, and he sought habeas relief from this Court.  He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing.  The Court agreed and ordered the respondents to either bring Alonzo Izaguirre before an immigration judge for a bond hearing within 10 days or release him from custody.

An immigration court held a bond hearing on February 4, 2026.  Alonzo Izaguirre was represented by counsel and had an opportunity to present evidence.  The immigration judge found Alonzo Izaguirre to be a danger to the

community based on his evaluation of Alonzo Izaguirre's past criminal history. Alonzo Izaguirre argues the immigration judge got the facts wrong and did not give enough weight to the evidence he submitted.  In response, the government argues the proper way to challenge the result of the bond hearing is appeal to the Board of Immigration Appeals, not a habeas action.  The Court agrees.  *See* 8 U.S.C. § 1226(e) ("No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.").

Accordingly, Alonzo Izaguirre's petition (Doc. 1) is **denied**.  The Clerk is **directed** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on March 19, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2